UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRIS R. REDWINE | CIVIL ACTION |
| VERSUS | NO: 12-2269 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: R |

**ORDER AND REASONS**

Having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Findings and Recommendation,[1] and the plaintiff's objections, the Court approves the Magistrate Judge's Finding and Recommendation and adopts it as its opinion. Accordingly, plaintiff's motion for summary judgment is DENIED and her complaint is DISMISSED with prejudice.

Plaintiff makes three main objections to the Findings and Recommendation.[2] First, Redwine argues that, contrary to the Findings and Recommendation, the ALJ did not substantially incorporate certain limitations into her residual functional capacity assessment. This argument is belied by the record. The ALJ found that Redwine could follow simple, repetitive instructions of unskilled nature; can seldom have contact with

---

[1] R. Doc. 17.

[2] R. Doc. 18.

the general public; cannot engage in team work; and must be assigned to low stress work, *i.e.*, no production work. (Tr. 25). These findings substantially incorporate the specific findings that the ALJ found credible.

Second, Redwine's argument that the ALJ improperly rejected plaintiff's treating psychiatrist's opinions fails on this record. The ALJ explained that Redwine's treating physician's opinion was "not supported by the record including his own treatment notes." (TR. 29). Accordingly, Redwine's objection is without merit. Redwine's third objection is also meritless. The record reflects substantial evidence to assign no weight to Redwine's treating psychiatrist's opinion.

Accordingly, plaintiff's motion for summary judgment is DENIED and her complaint is DISMISSED with prejudice.

New Orleans, Louisiana, this 17th day of June, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE